1  David Nied (SBN 136413)
   Allison M. Dibley (SBN 213104)
2  **AD ASTRA LAW GROUP, LLP**
   582 Market Street, Suite 1015
3  San Francisco, CA 94104
   Telephone: (415) 795-3579
4  Facsimile:  (415) 276-1976
   dnied@astralegal.com
5  adibley@astralegal.com

6  E. Russell Tarleton (*Pro Hac Vice* pending)
   RussT@SeedIP.com
7  SEED IP LAW GROUP PLLC
   701 5th Avenue, Suite 5400
8  Seattle, WA 98104
   Telephone: (206) 622-4900
9  Facsimile: (206) 682-6031

10
   Attorneys for Plaintiffs
11 MUSIC Group Macao Commercial Offshore Limited and
   MUSIC Group Services US, Inc.
12

RECEIVED
2014 NOV 26 P 12: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LB

13                 IN THE UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

15
16  MUSIC Group Macao Commercial Offshore    )   Civil Action No. CV 14 80 328 MISC
    Limited, a Macao entity, and MUSIC Group )   W.D. Wash. Civil Action No. 14cv621-
17  Services US, Inc., a Washington Corporation, )  RSM
                                             )
18             Plaintiffs,                    )   [PROPOSED] ORDER RE MOTION TO
                                             )   COMPEL DISCOVERY
19      v.                                    )
                                             )   Date:
20  John Does I-IX,                           )   Time:
                                             )   Ctrm.:
21             Defendants.                    )
                                             )
22 ─────────────────────────────

23

24      The Motion of Plaintiffs MUSIC Group Macao Commercial Offshore Limited and

25 MUSIC Group Services US, Inc. (collectively "MUSIC Group" or "Plaintiffs") for an order

26 compelling non-party Twitter to produce the documents and information requested by Plaintiffs'

27 Second Amended Subpoena, served on Twitter on September 24, 2014, came on for hearing this

28 ____ day of _____. The matter having been submitted, and good cause appearing, for

-1-
**[PROPOSED] Order re Motion to Compel Discovery**

| | |
|---|---|
| 1 | the reasons stated on the record, the Court orders as follows: |
| 2 |     Twitter is ordered to produce all information and documents described in the Second |
| 3 | Amended Subpoena, served on Twitter on September 24, 2014. |
| 4 |     IT IS SO ORDERED. |

Dated: _____

By: _____
       UNITED STATES DISTRICT COURT