

March 3, 2015

E. Russell Tarleton
RussT@SeedIP.com

Honorable Laurel Beeler
United States District Court – Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

    Re:    MUSIC Group v John Does I-IX
            Cause No. CV-14-80328MISC

Dear Judge Beeler:

Accompanying this letter is Plaintiffs' Opposition to the Motion for Leave to File Amicus Brief by Public Citizens, Inc. Pursuant to the Court's scheduling of briefing set forth in Document Number 21, dated February 17, 2015, Plaintiffs' Opposition is due today, March 3, 2015. The Court did cancel the hearing set for March 26, 2015, in a subsequent docket entry (Doc. No. 24, dated February 23, 2015), but did not change the briefing schedule.

On March 3, 2015, counsel for Plaintiffs were surprised to find a Corrected Order on Subpoenas dated and filed March 2, 2015, in an email from the Court sent at 5:22 pm, March 2, 2015. In that Order, the Court granted Public Citizens' Motion for Leave to File and considered the merits of their *amicus curiae* brief.

Plaintiffs respectfully request the entry of its accompanying Opposition to Motion for Leave to File Amicus Brief and reconsideration by the Court in view of the briefing schedule set by the Court. In the event the Court is inclined not to reconsider its granting of Public Citizens' Motion for Leave to File Amicus Brief, Plaintiffs respectfully request the opportunity to submit a written response on the merits to Public Citizens' *amicus curiae* brief.

Sincerely,
Seed IP Law Group PLLC

*E. Russell Tarleton*

E. Russell Tarleton
Partner

Enclosure (1):
    Opposition to Motion to File *Amicus Curiae* brief

cc with enclosure:
    Paul Levy
    Public Citizens, Inc.

    James G. Snell
    Counsel for Twitter, Inc.

Seed Intellectual Property Law Group PLLC

address  701 Fifth Avenue
            Suite 5400
            Seattle, WA 98104
telephone  206.622.4900
facsimile  206.682.6031
website  SeedIP.com