# Seed<sup>IP</sup>

March 13, 2015

E. Russell Tarleton
RussT@SeedIP.com

Honorable Laurel Beeler
United States District Court – Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:   MUSIC Group v John Does I-IX
      Cause No. CV-14-80328MISC

Dear Judge Beeler:

I am writing in response to the Court's Order of March 4, 2015, regarding additional briefing. MUSIC Group appreciates the Court's attention to its earlier request. Upon further review of the Court's analysis of the issues, MUSIC Group has elected not to file an opposition to Pubic Citizen's *Amicus* motion.

Thank you for your consideration.

Sincerely,
Seed IP Law Group PLLC

E. Russell Tarleton
Partner

cc:   Paul Levy
      Public Citizens, Inc.

      James G. Snell
      Counsel for Twitter, Inc.

Seed Intellectual Property Law Group PLLC

address: 701 Fifth Avenue
Suite 5400
Seattle, WA 98104
telephone: 206.622.4900
facsimile: 206.682.6031
website: SeedIP.com